## PD-1479-15

PD-1479-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 11/13/2015 2:52:16 PM
Accepted 11/16/2015 2:58:15 PM
ABEL ACOSTA
CLERK

NO. _____

**IN THE
COURT OF CRIMINAL APPEALS
OF TEXAS**

**NO. 01-12-00970-CR**

**IN THE COURT OF APPEALS**

**FOR THE**

**FIRST JUDICIAL DISTRICT OF TEXAS**

**HOUSTON, TEXAS**

| | | |
|---|---|---|
| **THE STATE OF TEXAS** | § | **APPELLEE** |
| **V.** | § | |
| **HECTOR L. RODRIGUEZ** | § | **APPELLANT** |

**APPEAL FROM COUNTY COURT AT LAW NO. 5
HARRIS COUNTY, TEXAS
TRIAL COURT NO. 1726063**

**APPELLANT'S MOTION FOR EXTENSION OF TIME TO FILE
APPELLANT'S PETITION FOR DISCRETIONARY REVIEW**

**TO THE HONORABLE JUSTICES OF SAID COURT:**

Now comes, Hector L. Rodriguez, Appellant in the above entitled and numbered cause, by and through his attorney of record, W. Troy McKinney, and submits this Motion for Extension of Time to file Appellant's Motion for Rehearing until December 16, 2015. For good cause, Appellant shows as follows.

1

1.	This Court issued its opinion on July 25, 2015.  On August 17, 2015, Appellant's motion for rehearing was filed and it was overruled on October 15, 2015. This petition for discretionary review is due to be filed on or about November 16, 2015.  This is Appellant's first request for an extension of time to file Appellant's Petition for Discretionary Review.

2.	The last thirty days, Appellant's counsel has had an extremely heavy trial court docket, and several out of town court settings.

3.	Furthermore, counsel was a speaker at a seminar in Oklahoma City and Corpus Christi, Texas.

4.	This Motion is not made for delay, but to see that justice is done.

## PRAYER

**WHEREFORE, PREMISES CONSIDERED,** Appellant prays that the deadline for filing of Appellant's Motion for Petition for Discretionary be extended to December 16, 2015.

Respectfully submitted,

SCHNEIDER & McKINNEY, P.C.

*/s/ W. Troy McKinney*

_____
W. Troy. McKinney
T.B.C. No. 13725020
440 Louisiana
Suite 800
Houston, Texas 77002
713-951-9994
FAX 713-224-6008
Email: wtmhousto2@aol.com

ATTORNEY FOR APPELLANT

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the attached and foregoing document has been served on Harris County District Attorney's Office, on this the 13th day of November, 2015.

/s/ W. Troy McKinney

_____

W. Troy McKinney